# THE LAMBOS FIRM, LLP

ATTORNEYS AT LAW

C. PETER LAMBOS (1926-2003)
WILLIAM M. SPELMAN
NICHOLAS G. MAGLARAS (1951-2006)
PETER C. LAMBOS (1954-1991)
CAROL NOTIAS LAMBOS* ^ + ■
RICHARD J. CIAMPI, JR.* ^
JAMES R. CAMPBELL* ■

ANN MARIE FLYNN

ALSO ADMITTED IN: *NJ  ^DC  +FL  ■CT
■ PA

303 SOUTH BROADWAY • SUITE 410
TARRYTOWN, NY 10591

212.381.9700 • 212.943.2470
FAX: 212.797.9213

NEW JERSEY
707 BROADWAY
BAYONNE, NJ 07002

201.823.1000
FAX: 201.437.4220

WWW.THELAMBOSFIRM.COM

January 8, 2024

**Via ECF**
Hon. Evelyn Padin
United States District Judge
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *Int'l Longshoremen's Ass'n v. Hapag-Lloyd AG, et al.*
       **Civil Action No. 2:23-CV-04171 (EP)(JSA)**

Dear Judge Padin:

  The undersigned firm is co-counsel to Respondent United States Maritime Alliance, Ltd. (USMX). On behalf of USMX, Respondents Hapag-Lloyd AG and Orient Overseas Container Line, Ltd., and Petitioner International Longshoremen's Association (ILA), we are writing to inform you that the parties have agreed to an extension of time until January 22, 2024, for Respondents to answer or otherwise move or respond to the ILA's Petition to Compel Arbitration. Respondents had previously obtained an extension of time through an application made pursuant to Local Civil Rule 6.1(b). The parties then filed a Stipulation for Extension of Time to Answer or Otherwise Respond to Petition, which extended Respondents time until January 8, 2024. This application is being made to allow the parties additional time to address issues raised in the Petition.

            Respectfully submitted,

THE LAMBOS FIRM, LLP      COZEN O'CONNOR

By: s/ James R. Campbell     By: s/ George A. Voegele, Jr.
  William M. Spelman*        Alfred D'Angelo*
  James R. Campbell         George A. Voegele, Jr.
  303 South Broadway, Suite 410    One Liberty Place
  Tarrytown, New York 10591     1650 Market Street, Suite 2800
  Tel. (212) 381-9700        Philadelphia, PA 19103
  wmspelman@lambosfirm.com    Tel. (215) 665-2000
  jrcampbell@lambosfirm.com     adangelo@cozen.com
                    gvoegele@cozen.com

Jonathan C. Fritts*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel. (202) 739-5867
jonathan.fritts@morganlewis.com

*Attorneys for Respondent
United States Maritime Alliance, Ltd.*

BLANK ROME LLP

By: _____s/ Lauren B. Wilgus_____
    Lauren B. Wilgus
    1271 Avenue of the Americas
    New York, New York 10020
    Tel. (212) 885-5348
    lauren.wilgus@blankrome.com

Matthew J. Thomas*
BLANK ROME LLP
1825 I Street NW
Washington, D.C. 20006
Tel. (202) 772-5971
matthew.thomas@blankrome.com

*Attorneys for Respondent
Orient Overseas Container Line, Ltd.*

Matthew Howell*
Wayne Rohde*
COZEN O'CONNOR
1200 19th Street, NW, 3rd Floor
Washington, D.C. 20036
(202) 912-4800
jlawrence@cozen.com
mhowell@cozen.com
wrohde@cozen.com

*Attorneys for Respondent
Hapag-Lloyd AG*

MAZZOLA MARDON, P.C.

By: _____s/ John P. Sheridan_____
    John P. Sheridan
    Brian A. Jasinski
    26 Broadway, 17th Floor
    New York, New York 10004
    Tel. (212) 425-3240
    jsheridan@mmmpc.com
    bjasinski@mmmpc.com

*Attorneys for Petitioner
International Longshoremen's Association*

 

**So Ordered**

/s/Evelyn Padin, U.S.D.J.
_____
**Hon. Evelyn Padin, U.S.D.J.**

1/8/24

\* Application for admission *pro hac vice* pending

*80074*